**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAELA BITTNER, ROGER CULLEN, ERIC FISHON, BARRY GOLIN, LAURA GONONIAN, ROBERT GUZIKOWSKI, KATHLEEN HEVENER, IRMA LAWRENCE, BRENT LONG, MARIA MAISTRO, PETER MALDINI, DENITRICE MARKS, MARY ANN MILLER, PAULA O'BRIEN, SUSAN RAAB, ADAM ROPP, RICHARD RYANS, JANEL SEMPRE, DAVID VIGGIANO, and BRYAN WALLACE <br><br> Plaintiffs, <br><br> -against- <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant. | Case No.:  20-mc-222 |

## NOTICE OF MOTION TO COMPEL INTERNATIONAL BUSINESS MACHINES CORPORATION'S COMPLIANCE WITH RULE 45(A)(1)(D) SUBPOENA DUCES TECUM

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Motion to

Compel International Business Machines Corporation's Compliance with Rule 45(a)(1)(D)

Subpoena Duces Tecum, and the Attorney Declaration of Kelly K. Iverson, Esquire, in Support

of Motion to Compel International Business Machines Corporation's Compliance with Rule

45(a)(1)(D) Subpoena Duces Tecum, along with the exhibits attached thereto, Plaintiffs

Michaela Bittner, Roger Cullen, Eric Fishon, Barry Golin, Laura Gononian, Robert Guzikowski,

Kathleen Hevener, Irma Lawrence, Brent Long, Maria Maistro, Peter Maldini, Denitrice Marks,

Mary Ann Miller, Paula O'Brien, Susan Raab, Adam Ropp, Richard Ryans, Janel Sempre, David

Viggiano, and Bryan Wallace, by and through their undersigned counsel, will and hereby move

this Court before a Judge to be determined and at a date and time to be determined by the Court,

for an Order Compelling International Business Machines Corporation's Compliance with Rule

45(a)(1)(D) Subpoena Duces Tecum, and for any such further relief as the Court deems just and

proper.

Respectfully Submitted,

DATED: June 4, 2020

/s/_____

STEVEN NATHAN
**HAUSFELD LLP**
33 Whitehall Street, 14th Fl.
New York, NY 10004
T: 646-357-1100
F: 212-202-4322
snathan@hausfeld.com

GARY F. LYNCH
(To be admitted pro hac vice)
KELLY K. IVERSON
(To be admitted pro hac vice)
**CARLSON LYNCH LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA  15222
T: 412-322-9243
F: 412-231-0246
glynch@carlsonlynch.com

MARYBETH V. GIBSON
(To be admitted pro hac vice)
**THE FINLEY FIRM, P.C.**
3535 Piedmont Road
Building 14, Suite 230
Atlanta, Georgia 30305
T: 404.320.9979
mgibson@thefinleyfirm.com