USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAELA BITTNER *et al.*,

               Plaintiffs,

       v.

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

               Defendant.

No. 20-MC-222 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On June 4, 2020, Plaintiffs filed a motion with this Court, seeking an order compelling compliance with a subpoena *duces tecum* issued to Defendant International Business Machines Corporation in *In re Marriott International Inc. Customer Data Security Breach Litigation*, No. 8:19-md-2879 (PWG), the underlying action. According to the affidavit of service, filed on the docket on June 15, Plaintiffs' motion and supporting papers were served on Defendant on June 10.

      Defendant shall respond to Plaintiffs' motion no later than June 30, 2020. Plaintiffs' reply, if any, may be filed no later than July 10.

      SO ORDERED.

Dated:    June 16, 2020
            New York, New York

                                                Ronnie Abrams
                                                United States District Judge